KYH/PR: USAO 2025R00360

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. SAG-25-203 |
| | * | |
| v. | * | (Assaulting, Resisting, or Impeding |
| | * | Certain Officers or Employees, 18 |
| **JAMIE TAYLOR,** | * | U.S.C. § 111(a)(1) and (b)) |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
**(Assault Upon Federal Officer in Performance of Official Duty)**

The Grand Jury for the District of Maryland charges that:

On or about June 11, 2025, in the District of Maryland, the Defendant,

**JAMIE TAYLOR,**

did forcibly assault, oppose, impede, intimidate, and interfere with Victim-1, a United States Postal Service letter carrier, an employee of the United States as designated in 18 U.S.C. § 1114, who was engaged in official duties, and caused physical contact and inflicted bodily injury with a dangerous weapon, that is, a knife.

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)

_Kelly O. Hayes /PR_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: 7/9/25